PER CURIAM.
 

 AFFIRMED.
 
 See Valdes v. State,
 
 3 So.3d 1067 (Fla.2009) (holding statutory exception to
 
 Blockburger
 

 [1]
 

 “same elements” test set forth at section 775.012(4)(b)2., Florida Statutes, prohibits separate convictions for crimes arising from same criminal transaction only when criminal statute itself provides for offense with multiple degrees).
 

 PALMER, ORFINGER an.d JACOBUS, JJ., concur.
 

 [1]
 

 .
 
 Blockburger v. United States,
 
 284 U.S. 299, 52 S.Ct. 180, 76 L.Ed. 306 (1932).